**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
| | Case Nos.: 2:26-md-03179-WCG |
| This Document Relates to: | E.D. Wis. No. 2:26-cv-1198 |
| *CITY OF PROVIDENCE v. Oshkosh Corp., et al.* | Hon. William C. Griesbach |

# ORDER

Upon consideration of the Stipulation to Amend Caption and Substitute Party (the "Stipulation"), filed by the parties in *City of Providence v. Oshkosh Corp., et al.*, and the Court being fully advised, **IT IS HEREBY ORDERED** as follows:

1. The Stipulation is **APPROVED** in its entirety and shall be effective as of the date of this Order.

2. REV Group, LLC is hereby substituted as the proper party defendant in place of Terex Corporation in this matter.

3. REV Group, LLC is the correct party in interest with respect to the claims asserted in the Complaint and has standing to respond to those claims.

4. The caption of this case, as well as all references to the original defendant in the Complaint and other pleadings, shall be deemed to refer to REV Group, LLC in place of Terex Corporation.

5. All parties have consented to the substitution, and this Stipulation and Order shall not affect any other rights or defenses available to the parties under applicable law.

**SO ORDERED** this 5th day of August, 2026.

William C. Griesbach
United States District Judge