# EXHIBIT 1

Douglas E. Litvack
Tel +1 202 637 6357
DLitvack@jenner.com

August 14, 2026

**VIA EMAIL**

Catherine S. Simonsen
SIMONSEN SUSSMAN LLP
418 Bamboo Lane, Suite C-18
Los Angeles, CA 90012
(917) 747-5196
catherine@simonsensussman.com

John P. Fiske
Lindsay R. Stevens
BARON & BUDD, P.C.
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
(858) 251-7424
jfiske@baronbudd.com
lstevens@baronbudd.com

Re: *In re: Fire Apparatus Antitrust Litigation*, Case No. 2:26-md-03179-WCG

Dear Counsel:

I write on behalf of all defendants in the above-referenced MDL. It has come to our attention that your co-counsel in the *City of Tuscaloosa* action, Jinks Crow, PC and Prince Glover Hayes, rented a booth at an industry trade show in Tennessee last week to solicit new clients to file non-class action lawsuits. Appended to this letter are several photos of their booth and marketing materials at the trade show. The marketing materials notably do not appear to inform potential clients that there are proposed class actions pending in the MDL or that they may be members of one or both of the putative classes.

As you know, the Court entered an order on July 13, 2026 finding that Simonsen Sussman, LLP, Baron & Budd, P.C., and/or their agent(s) improperly solicited clients by means of an incomplete and misleading marketing brochure that "fail[ed] to disclose information material to a potential plaintiff's decision to hire representation, including (1) the existence of a class action arising from similar facts and asserting the same or similar claims; (2) that counsel has been appointed for the putative class; and (3) that the Court has the ultimate authority under Rule 23 to oversee the proper conduct of the attorneys and the administration of the litigation." ECF No. 126 at 3.

The Court noted that "[l]ocking putative class members" into individual representation "on a contingent fee basis and without the benefit of an understanding of the class action process and the court's supervision of fees . . . . would needlessly multiply this litigation and severely disrupt the effectiveness of the class-action device." *Id.* (quoting *In re McKesson HBOC, Inc. Sec. Litig.*, 126 F. Supp. 2d 1239, 1244 (N.D. Cal. 2000)). The Court therefore approved Class Plaintiffs' request to disseminate a curative communication to all recipients of the brochure informing them (among other things) that they do not need to sue the same parties on the same claims as those asserted in the proposed class actions while the proposed class actions are pending. *Id.* at 4. The Court also held that any future solicitation communication disseminated by Simonsen Sussman, LLP and Baron & Budd, P.C. or their agent(s) must include similar language notifying potential clients about the proposed class actions. *Id.* at 6; *see also* ECF No. 127 (extending the curative communication to the proposed indirect purchaser class).

It appears your co-counsel's solicitation efforts at the Tennessee trade show failed to comply with the Court's July 13 order. We therefore request that you confirm whether all municipalities, fire departments, and other potential clients who were solicited at the trade show were provided with the disclosure set forth in the Court's order.

If the answer is no, please explain why your co-counsel failed to provide the disclosure required by the July 13 order. Please also identify any other solicitation efforts by Simonsen Sussman, LLP, Baron & Budd, P.C., its co-counsel in any pending non-class actions, and/or any other of its agents that failed to include the disclosure required by the Court.

We request your response by no later than **Wednesday, August 19.**

Defendants reserve all rights.

Sincerely,

Douglas E. Litvack

CC: All counsel of record


TENNESSEE
FIRE & CODES ACADEMY
FIRE TRUCK COSTS HAVE EXPLODED 206% INCREASE SINCE 2007
MUNICIPALITIES OVERPAID MILLIONS IN FIRE APPARATUS COSTS
Rising Costs
Delivery Delays
Limited Options
Budget Impact
JinksCrow TRIAL LAWYERS
PGH
Prince Glover Hayes
Seeking Justice. Serving Others.
ESAMS
JinksCrow
TRIAL LAWYERS


COULD YOUR
MUNICIPALITY
HAVE BEEN
OVERCHARGED?
Scan to see if you
may qualify for a
free review.
Public Safety Isn't an Option.
Fair Pricing Shouldn't Be Either
JinksCrow
TRIAL LAWYERS
PGH
Prince Glover Hayes
Seeking Justice. Serving Others.