# EXHIBIT 3

BARON & BUDD, P.C.®

DALLAS | BATON ROUGE | NEW ORLEANS | LOS ANGELES
SAN DIEGO | NEW YORK | WASHINGTON, D.C.

800.222.2766
tel 214.521.3605
fax 214.279.9915

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

August 19, 2026

VIA EMAIL

Douglas E. Litvack
Jenner & Block, LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
(202) 637-6357
DLitvack@jenner.com

Re: *In re: Fire Apparatus Antitrust Litigation, Case No. 2:26-md-03179-WCG*

Counsel:

On behalf of Baron & Budd, P.C. and Simonsen Sussman LLP, this letter responds to the correspondence we received from Doug Litvak dated August 14, 2026 (the "Letter").

Jinks Crow, PC and Prince Glover Hayes are not agents of Baron & Budd, P.C. and Simonsen Sussman LLP ("Lead NCAP Counsel"), nor were they at the time of their appearance at the pictured booth during the Annual TN Fire Chief's Leadership Conference. Lead NCAP Counsel were not soliciting potential clients at the conference and did not request or direct Jinks Crow and Prince Glover Hayes to solicit clients at the conference on behalf of or for the benefit of Lead NCAP Counsel. In order to be responsive to your Letter, upon receipt, we inquired of Jinks Crow and Prince Glover Hayes about their activities at the conference.

Jinks Crow and Prince Glover Hayes advised that they were asked to speak at the conference and, in connection with that invitation, maintained a booth where they provided information to people who came by and asked questions. Jinks Crow and Prince Glover Hayes did not act at that conference on behalf of or as agents for Lead NCAP Counsel. Additionally, no marketing materials prepared by Lead NCAP Counsel, including the litigation brochure, were authorized for use or actually used at the conference. Jinks Crow and Prince Glover Hayes further advised that they communicated the notice information contained in the Court's July 13 Order—which Jinks Crow and Prince Glover Hayes received pursuant to the Order—to the individuals with whom they had substantive conversations at the conference. To the extent a client relationship between an entity and Jinks Crow and/or Prince Glover Hayes results from their activities at the conference, that entity is and will remain a client of Jinks Crow and Prince Glover Hayes and not Lead NCAP Counsel.

Lead NCAP Counsel have fully complied with and continue to comply with the Order, and at no point has any putative class member been "locked into" individual representation by Lead NCAP Counsel without the benefit of an understanding of the class action process and the Court's supervision of fees. (Letter at 2.) Third-party law firms are not Lead NCAP Counsel's agents, nor do Lead NCAP Counsel control or have input into the marketing and solicitation activities of third-party law firms such as Jinks Crow and Prince Glover Hayes, who act on their own behalf and not on behalf of, for the benefit of, or with the intent to co-counsel with Lead NCAP Counsel.

If you have questions about the activities of Jinks Crow and Prince Glover Hayes at the conference (or the activities of any law firm other than Lead NCAP Counsel), please contact those third-party firms directly. To the extent you have any other questions or concerns regarding the foregoing, we are happy to discuss at any time.

Sincerely,

Jason Julius

CC: All counsel copied on the August 14 letter